UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **20-21870-CIV-MORENO**
**(10-20800-CR-MORENO)**

DERRICK HARRELL,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Motion to Vacate, Set Aside or Correct Sentence, filed on **May 5, 2020**. The Magistrate Judge filed a Report and Recommendation (**D.E. 20**) on **November 30, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Motion to Vacate, Set Aside or Correct Sentence is DENIED for the reasons stated in the Report and Recommendation. The Court agrees that Hobbs Act Robbery qualifies as a crime of violence under 18 U.S.C. § 924(c)'s elements clause, which forecloses relief in this case. *United States v. St. Hubert*, 909 F.3d 335, 346, 351 (11th Cir. 2018), *abrogated in part on other grounds by United States v. Davis*, 139 S. Ct. 2319, 2336 (2019). It is

further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd of February 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Jared M. Strauss

Counsel of Record